UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GALVASID S.A. DE C.V.,<br><br>                  Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                  Defendant. | Court No. 26-00825 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Jane A. Restani.

                                        /s/ Mark A. Barnett
                                         Mark A. Barnett
                                            Chief Judge

Dated:   January 26, 2026