CERTIFICATE OF COMPLIANCE

      Pursuant to the Court's "Standard Chambers Procedures," I, Jeffrey M. Winton, hereby certify that the word count function of the word-processing system used to prepare the foregoing brief indicates that the brief (ECF Nos. 10 and 11) contains 8,688 words including headings, footnotes, and quotations, but not including the cover, caption, table of contents, table of authorities, any addendum containing statutes, rules or regulations, any certificates of counsel, and counsel's signature block.

      /s/   Jeffrey M. Winton

January 30, 2026